Matt Valenti (SBN 253978)
AntiCancer, Inc.
7917 Ostrow Street
San Diego, CA 92111
Tel: (619) 654-2555
Fax: (619) 268-4175
Email: mattvalenti@anticancer.com

Attorney for Defendant AntiCancer, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUNA KEA TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> ANTICANCER, INC., <br><br> Defendant. | Civil Action No. 11cv1407 AJB JMA <br><br> **ANTICANCER'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> **Date: November 10, 2011** <br> **Time: 1:30 p.m.** <br> **Location: Courtroom 12** <br> **Judge: Hon. Anthony J. Battaglia** |

TO PLAINTIFF AND ITS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on November 10, 2011, at 1:30 p.m., in Courtroom 12 of the Edward J. Schwartz U.S. Courthouse, located at 940 Front Street, San Diego, CA, defendant AntiCancer, Inc., ("AntiCancer") shall appear before the Honorable Anthony J. Battaglia, or such other judge as may be sitting in his stead, and will and hereby does move the Court to dismiss this declaratory judgment action for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

The grounds for the motion are that plaintiff, Mauna Kea Technologies ("Mauna Kea") has not alleged sufficient facts to establish the existence of a substantial controversy between Mauna Kea and AntiCancer that is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.  The Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities In Support of AntiCancer's Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Declaration of Matthew D. Valenti filed in support of this Motion, on the other pleadings of record in the case, and on such other materials and information that might be presented at the hearing on the Motion.

Respectfully submitted:

Dated: August 22, 2011          By:     /s Matt Valenti
                                        Matt Valenti
                                        E-mail:  mattvalenti@anticancer.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 22, 2011, the foregoing document entitled **ANTICANCER'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** was filed via the Case Management/Electronic Case Filing (CM/ECF) system, with service to be made on all parties via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF system.

/Matt Valenti
Matt Valenti
E-mail: mattvalenti@anticancer.com